U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg (Charlottesville) Division

IN RE:        Rebecca Lee Hand                          Chapter 13
                                                        Case No.  10-62085

              Debtor.

## **ORDER REGARDING OBJECTION TO CLAIMS**

This matter came to be heard upon Debtors' Objection to Claims; Order and Notice of Opportunity for Hearing, and was argued by counsel,

UPON CONSIDERATION WHEREOF, it appearing to the Court that:

1.        The creditor listed in Debtors' Objection to Claims was given timely notice of Debtors' objections;

2.        The following claimant did not file a timely motion requesting that Debtors' objection to their claims be heard by the Court:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT | OBJECTIONS |
|---|---|---|---|
| 8 | LVNV Funding LLC c/o Resurgent Capital Services P.O. Box 10587 Greenville, SC  29603-0587 | $131.91 | Not listed on Debtors' schedules; statute of limitations. |

It is hereby, ADJUDGED, ORDERED AND DECREED that Claim No. 8 is disallowed.

And it is further ADJUDGED, ORDERED AND DECREED that a copy of this Order shall be mailed to Debtors' counsel, who shall promptly mail a copy to the Trustee and each of the affected creditors.

Dated: December 30, 2010

_____
                                                        U.S. Bankruptcy Judge

I ASK FOR THIS:


 /s/ Marshall M. Slayton
MARSHALL M. SLAYTON, VSB # 37362
BOYLE, BAIN, REBACK & SLAYTON
420 Park Street
Charlottesville, VA  22902
Phone:  (434) 979-7900
Counsel for Debtors



SEEN AND AGREED TO:


 /s/ Herbert L. Beskin
Herbert L. Beskin, Trustee
P.O. Box 2103
Charlottesville, VA 22902